Opinion issued September 3, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00472-CV

———————————

TIN, Inc. D/B/A Temple-Inland, Formerly Gaylord Container
Corporation,
Appellant

V.



Action Box
Co., Inc.,
Appellee



On Appeal from the 234th District
Court

 Harris County, Texas



Trial Court Case No. 2003-63481

 



MEMORANDUM OPINION

The parties have filed a joint motion
to render a judgment effectuating the parties’s agreement.  See
Tex. R. App. P. 42.1(a)(1). The
motion is granted.  Accordingly, we
withdraw our judgment of March 25, 2010 and lift the stay entered on August 16,
2010.  We set aside the trial court judgment and render judgment in accordance with the parties’ agreement that each
party take nothing by its claims and that each party bear its own costs. 

The Clerk is directed to issue
mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Hanks, Higley,
and Bland.